**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Dennis E. Carlen, Trustee for the next of kin of Patricia Ann Carlen,

Plaintiff,

v.

Minnesota Comprehensive Epilepsy Program, P.A., d/b/a MINCEP Epilepsy Care, Ilo E. Leppik, M.D., Fairview-University Medical Center, a Division of Fairview, Robert E. Maxwell, M.D., and Allina Health Systems, a Minnesota corporation, d/b/a Abbott Northwestern Hospital,

Defendants.

Civil Action No. 00-CV-39 RHK/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST FAIRVIEW-UNIVERSITY MEDICAL CENTER AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their undersigned attorneys, that all claims against Fairview-University Medical Center may be and hereby are dismissed with prejudice and on the merits without costs or disbursements to any party. An Order dismissing with prejudice all claims against Fairview-University Medical Center may be issued without further appearance of any party. This Stipulation does not dismiss claims plaintiff has against any other parties.

FILED AUG 0 9 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 0 9 2000
DEPUTY CLERK

**DOAR, DRILL & SKOW, S.C.**

Dated: 7/18/00

By ________________________
Charles B. Harris (License #41518)
Attorneys for Plaintiffs
P.O. Box 460
Baldwin, WI 54002-0460
(715) 684-3227

**MEAGHER & GEER**

Dated: 7/31/00

By ________________________
J. Richard Bland (License #8801)
Attorneys for Defendant MINCEP Epilepsy Care
and Ilo E. Leppik, M.D.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

**GERAGHTY, O'LOUGHLIN & KENNEY**

Dated: 8/2/00

By ________________________
Terence O'Loughlin (License #
Attorneys for Defendant Robert E. Maxwell, M.D.
1400 Ecolab Center
386 North Wabasha Street
St. Paul, MN 55102-1308
(651) 291-1177

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: July 26, 2000

By ______________________

Rebecca Egge Moos (License #74962)
Attorneys for Defendant Fairview-University Medical Center,
a Division of Fairview
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON**

Dated: August 7, 2000

By ______________________

Bradley J. Betlach (License #209806)
Attorneys for Defendant Allina Health Systems,
a Minnesota corporation, d/b/a Abbott Northwestern Hospital
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501

**ORDER**

Pursuant to the foregoing Stipulation of the parties, all claims against Fairview-University Medical Center may be and hereby are dismissed with prejudice and on the merits, without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: 8/9/00

By ______________________

Richard H. Kyle
Judge of United States District Court