# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dennis E. Carlen, Trustee for the next of kin of Patricia Ann Carlen

Case No. Civil 00-39 RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Minnesota Comprehensive Epilepsy Program, P.A., d/b/a MINCEP Epilepsy Care, Ilo E. Leppik, M.D., Fairview-University Medical Center, a Division of Fairview, Robert E. Maxwell, M.D., and Allina Health Systems, a Minnesota corporation, d/b/a Abbott Northwestern Hospital

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

All claims against Fairview-University Medical Center may be and hereby are dismissed with prejudice and on the merits without costs or disbursements to any party.

DATE: August 9, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(17)