UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CASE NUMBER: 00-CV-39 (RHK/JMM)

Dennis E. Carlen, trustee for the next of kin of Patricia Ann Carlen,

Plaintiff,

v.

Minnesota Comprehensive Epilepsy Program, P.A., d/b/a MINCEP Epilepsy Care, Ilo E. Leppik, M.D., Fairview University Medical Center, a Division of Fairview, Robert E. Maxwell, M.D., Allina Health Systems, a Minnesota corporation, d/b/a Abbott Northwestern Hospital,

Defendants.

**STIPULATION OF DISMISSAL AS TO ALLINA HEALTH SYSTEM, d/b/a ABBOTT NORTHWESTERN HOSPITAL AND ORDER FOR DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Fed. R. Civ. P. 41(a)(2), by and between the parties hereto, through their respective undersigned counsel, that all claims against Allina Health System, d/b/a Abbott Northwestern Hospital, may be dismissed from the above-entitled action with prejudice and without further costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action as to Allina Health System, d/b/a Abbott Northwestern Hospital; and that Allina Health System, d/b/a Abbott Northwestern Hospital's name may be stricken from the caption. This Stipulation does not dismiss claims plaintiff has against any other parties.

FILED AUG 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 09 2000
DEPUTY CLERK

***Stipulation of Dismissal and Order for Dismissal/Judgment***
***as to Allina Health System, d/b/a Abbott Northwestern Hospital***
***U.S.D.C. File No.: 00-CV-39 (RHK/JMM)***

**HALLELAND LEWIS NILAN SIPKINS & JOHNSON**

Dated: Aug. 7, 2000

By ______________________
Bradley J. Betlach (#209806)
Attorneys for Allina Health System,
d/b/a Abbott Northwestern Hospital
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501
(612) 338-1838

**GERAGHTY, O'LOUGHLIN & KENNEY**

Dated: July 27, 2000

By ______________________
Terence O'Loughlin (#61505)
Jean B. Hoppe (#________)
Attorneys for Robert E. Maxwell, M.D.
1400 Ecolab University Centre
386 North Wabasha Street
St. Paul, MN 55102
(651) 291-1177

**BASSFORD, LOCKHART, TRUESDELL**
**& BRIGGS, P.A.**

Dated: August 2, 2000

By ______________________
Rebecca Egge Moos (#74962)
Attorneys for Fairview-University Medical Center
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

**DOAR, DRILL & SKOW, S.C.**

Dated: 7/18/00

By [signature]
Charles B. Harris (#41518)
Attorneys for Plaintiff
P.O. Box 460
Baldwin, WI 54002-0460
(715) 684-3227

**MEAGHER & GEER**

Dated: 7/31/00

By J. Richard Bland
J. Richard Bland (#8801)
Attorneys for MINCEP Epilepsy Care and
Ilo Leppik, MD
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

**ORDER FOR DISMISSAL**

Based upon the above Stipulation of counsel, Allina Health System, d/b/a Abbott Northwestern Hospital is hereby dismissed from the above-entitled action with prejudice and without costs to any party. Allina Health System, d/b/a Abbott Northwestern Hospital's name shall be stricken from the caption.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**BY THE COURT:**

Dated: 8/9/00

[signature]
The Honorable Richard H. Kyle
Judge of United States District Court