# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dennis E. Carlen, trustee for the next of kin of Patricia Ann Carlen

Case No. Civil 00-39RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Minnesota Comprehensive Epilepsy Program, d/b/a MINCEP Epilepsy Care, Ilo E. Leppik and Robert E. Maxwell

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant MN Comprehensive Epilepsy Program and Ilo E. Leppik's motion for summary judgment is **GRANTED**; defendant Robert E. Maxwell's motion for summary judgment is **GRANTED** and plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: April 18, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk

48