UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dennis E. Carlen, Trustee for the next-of-kin of Patricia Ann Carlen, 2316 145th Lane N.E., Ham Lake, MN 55304,

Plaintiff,

vs.

Minnesota Comprehensive Epilepsy Program, P.A., d/b/a MINCEP Epilepsy Care, Ilo E. Leppik, M.D., Robert E. Maxwell, M.D.,

Defendants.

CASE NO. 00-CV-39 RHK/SRN

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned attorneys, that defendants Minnesota Comprehensive Epilepsy Program, P.A. d/b/a MINCEP Epilepsy Care, Ilo E. Leppik, M.D., and Robert E. Maxwell, M.D. be, and hereby are, voluntarily dismissed by the plaintiff with prejudice and without costs or disbursements to any party.

The Clerk of Court, upon the filing of this Stipulation and Order, is authorized and directed to enter dismissal of Minnesota Comprehensive Epilepsy Program, P.A. d/b/a MINCEP Epilepsy Care, Ilo E. Leppik, M.D., and Robert E. Maxwell, M.D.

Dated: 5/9/01.

DOAR DRILL & SKOW

By [signature]
Charles B. Harris (MN #41518)
Attorneys for Plaintiff
Office Park
P. O. Box 460
Baldwin, WI 54002-0460
(715) 684-3227

FILED MAY 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 18 2001
DEPUTY CLERK

Dated: May 11, 2001.

MEAGHER & GEER, PLLP

By ______________________
J. Richard Bland (#8801)
John Munger (# 0287350 )
Attorneys for Minnesota Comprehensive Epilepsy Program, P.A., d/b/a MINCEP Epilepsy Care and Ilo E. Leppik, M.D.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

Dated: May 16, 2001.

GERAGHTY, O'LOUGHLIN & KENNEY, Professional Association

By ______________________
Terence O'Loughlin (#81619)
Jean B. Hoppe, Esq. (#227742)
Attorneys for Defendant Robert E. Maxwell, M.D.
1400 Ecolab University Center
386 North Wabasha Street
Saint Paul MN 55102
(651) 291-1177

***ORDER FOR JUDGMENT OF DISMISSAL***

Based upon the foregoing Stipulation of Dismissal,

**IT IS HEREBY ORDERED** that defendants Minnesota Comprehensive Epilepsy Program, P.A. d/b/a MINCEP Epilepsy Care, Ilo E. Leppik, M.D., and Robert E. Maxwell, M.D. be dismissed with prejudice, without costs or disbursements to the parties herein.

DATED: 5/18/01

**BY THE COURT**:

______________________
JUDGE OF THE DISTRICT COURT